UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SY KHUE XIONG,

        Petitioner,               Case No. 1:11cv1202

v.                                 Hon. Robert J. Jonker

CINDI S. CURTIN,

        Respondent.
_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on July 3, 2014. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 3, 2014, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that the petitioner's habeas corpus petition is **DENIED**.

                                                /s/ Robert J. Jonker
                                              ROBERT J. JONKER
                                          UNITED STATES DISTRICT JUDGE

DATED:  July 29, 2014.